UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CHAMBLEE, an individual,<br><br>        Plaintiff,<br><br>  v.<br><br>TOTAL-WESTERN INC., a California corporation; MICHAEL ANDERSON, as a Superintendent and as an individual; DAVID BAIZE, as a Foreman and as an individual; NATHAN MAY, an individual; and DOES 1 through 25, inclusive,<br><br>        Defendants. | 1:08-cv-0079 OWW GSA<br><br>SCHEDULING CONFERENCE ORDER<br><br>Further Scheduling<br>Conference Date: 6/6/08<br>8:15 Ctrm. 3 |

I.   Date of Scheduling Conference.

    April 16, 2008.

II.  Appearances Of Counsel.

    Law Offices of Rheuban & Gresen by Solomon E. Gresen, Esq., appeared on behalf of Plaintiff.

    Swerdlow, Florence, Sanchez, Swerdlow & Wimmer by Phillip K. Cha, Esq., appeared on behalf of Defendants.

III.  Status of Case.

    1.   The parties report that they have reached a resolution in principle in this case.

1

    2.    Accordingly, this Scheduling Conference is continued to June 6, 2008, at 8:15 a.m.

    3.    The parties shall, within thirty (30) days, provide an order for dismissal of the action and any other settlement documents that pertain to the Court's dismissal of the action.

IT IS SO ORDERED.

**Dated:   April 17, 2008**　　　　　　　　　　　**/s/ Oliver W. Wanger**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE