1  DAVID A. WIMMER (State Bar No. 155792)
    dwimmer@swerdlowlaw.com
2  PHILLIP K. CHA (State Bar No. 211286)
    pcha@swerdlowlaw.com
3  **SWERDLOW FLORENCE**
    **SANCHEZ SWERDLOW & WIMMER**
4  A Law Corporation
    9401 Wilshire Blvd., Suite 828
5  Beverly Hills, California 90212
    Telephone: (310) 288-3980 / Facsimile:  (310) 273-8680
6
    Attorneys for Defendants Total-Western, Inc.,
7  Michael Anderson, David Baize and Nathan May

8  STEVEN V. RHEUBAN (State Bar No. 48538)
    svr@rglawyers.com
9  SOLOMON E. GRESEN (State Bar No. 164783)
    seg@rglawyers.com
10 **LAW OFFICES OF RHEUBAN &**
    **GRESEN**
11 1990 South Bundy Drive, Suite 540
    Los Angeles, California 90025
12 Telephone: (310) 979-0325 / Facsimile:  (310) 979-0351

13 Attorneys for Plaintiff Eric Chamblee

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ERIC CHAMBLEE, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> TOTAL-WESTERN INC., a California corporation; MICHAEL ANDERSON, as a Superintendent and as an individual; DAVID BAIZE, as a Foreman and as an individual; NATHAN MAY, an individual; and DOES 1 through 25, inclusive, <br><br> Defendants. | CASE NO. 1:08-CV-00079-OWW-GSA <br><br> **STIPULATION OF COUNSEL RE DISMISSAL OF ACTION WITH PREJUDICE; ORDER** |

**WHEREAS**, plaintiff, Eric Chamblee ("Plaintiff"), and Defendants, Total-Western, Inc. ("TWI"), Michael Anderson ("Anderson"), David Baize ("Baize") and

PDF created with pdfFactory trial version www.pdffactory.com

Nathan May ("May") (collectively, "Defendants"), have reached a settlement in the above-referenced matter:

**IT IS HEREBY STIPULATED,** by and between the parties, through their respective counsel of record, that the instant action be dismissed in its entirety as to all defendants, with prejudice.

DATED: May ___, 2008         SWERDLOW FLORENCE
                             SANCHEZ SWERDLOW & WIMMER


                             By: /s/ Phillip K. Cha
                                    PHILLIP K. CHA
                             Attorneys for Defendants, Total-Western,
                             Inc., Michael Anderson David Baize and
                             Nathan May

DATED: May ___, 2008         LAW OFFICES OF RHEUBAN &
                             GRESEN


                             By: /s/ Solomon E. Gresen
                                    SOLOMON E. GRESEN
                             Attorneys for Plaintiff Eric Chamblee


### ORDER

Pursuant to the aforementioned Stipulation entered into by the parties, **IT IS HEREBY ORDERED** that this action is dismissed in its entirety, with prejudice.


DATED: May 21, 2008          /s/ OLIVER W. WANGER
                             Honorable Oliver W. Wanger
                             Judge of the United States District Court